UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

DARRICK GRIMES and YOLANDA GRIMES,

                Plaintiffs,

-v-

FREMONT GENERAL CORPORATION,
FREMONT INVESTMENT AND LOAN, WCS
LENDING L.L.C., JONATHAN TANENBAUM,
AMERICA'S SERVICING COMPANY, U.S.
BANCORP and US BANK, NADENE McBEAN, 3
DAY APPRAISAL SERVICES, PHIL AARONS,
DAVID ABRAMS, GAILEN PROPERTIES, INC.,
GFI MORTGAGE BANKERS, INC., JOHN DOE,
JANE DOE, XYZ-1 CORPORATION, XYZ-2
CORPORATION,

                Defendants.

Case No. 08-CV-1024 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At the Pre-Motion Conference held before the Court on October 27, 2009, the Court adopted the following scheduling order:

    Plaintiffs shall submit a letter, by no later than November 10, 2009, telling the Court whether they wish to continue their claims against certain Defendants, discussed on the record.

    Defendants' counsel will serve their motions to dismiss upon Plaintiffs by no later than December 4, 2009. Plaintiffs shall serve opposition papers upon Defendants' counsel by no later than January 11, 2010. Defendants' counsel shall submit their replies in support of their motions by January 25, 2010. Sur-reply papers will not be accepted unless prior permission of the Court is given.

Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances. Permission was given by the Court to all Defendants to submit motions of no more than 30 pages.

Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motions are pending.

The Parties shall file the moving papers with the Clerk only when the entire motion is fully briefed. Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated:     October 27, 2009
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE