**ENDORSED**

23 Stacy Lee Drive
Newburgh, New York 12550
November 9, 2009

**VIA FACSIMILE and REGULAR MAIL**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarrapos Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Grimes v. Fremont General Corporation et. al
    Civil Action No. 08 Civ. 1024 (KMK)

Dear Judge Karas:

    As Your Honor knows, we are Pro Se Plaintiffs in the above-caption action. Please be advised that we would like to inform the Court that after further deliberations, we wish to dismiss our claims against certain Defendants discussed during the pre-motion conference on October 27, 2009.

Pursuant to the Court's Order of October 27, 2009, Pro Se Plaintiffs hereby advise the Court that they wish to dismiss and discontinue all claims against certain Named Defendants discussed on record.

We respectfully dismiss our claims against the following Named Defendants: U.S. Bancorp, America's Servicing Company, GFI Mortgage Bankers, Inc., David Abrams and Philip Aarons and Gailen Properties, Inc.

Thank you in advance for taking the time to address our concerns on this issue.

Sincerely,

*Darrick and Yolanda Grimes*

Darrick and Yolanda Grimes

cc: All Counsel (via email and first-class mail)

*Handwritten endorsement:* The claims against US Bancorp, America's Servicing Co., GFI Mortgage Bankers, David Abrams, Philip Aarons and Gailen Properties, Inc, as per this letter from Plaintiffs, are dismissed without prejudice. So Ordered. 11/10/09