UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DARRICK GRIMES and YOLANDA GRIMES, on behalf
of themselves and a class of others similarly situated,

                              Plaintiffs, Pro Se

                    -against-

FREMONT GENERAL CORPORATION, FREMONT
INVESTMENT & LOAN, WCS LENDING LLC,
JONATHAN TANENBAUM, NADENE McBEAN, U.S.
BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
MASTER ASSET BACKED SECURITIES TRUST 2006-
FRE-1, "JOHN DOE" and "JANE DOE," the last two
names being fictitious said parties being individuals, if
any, having any involvement in the fraud perpetrated on
plaintiffs, and XYZ-1 Corporation and XYZ-2
Corporation, the last two names being fictitious, it being
the intentions of the plaintiffs to designate any
corporation or entity having any Involvement in the
fraud perpetrated on plaintiffs described herein,

                              Defendants.
_____

Case No.  1024-CV-08
(KMK)

**NOTICE OF MOTION TO DISMISS
SECOND AMENDED COMPLAINT**

   **PLEASE TAKE NOTICE THAT,** upon the Declaration of Kenneth J. Flickinger,

dated May 2, 2012, and the exhibits annexed thereto, and the Memorandum of Law in

support; and all of the prior papers and proceedings therein, Defendant Signature

Group Holdings, Inc., f/k/a Fremont Reorganizing Corporation, f/k/a Fremont

Investment & Loan and Fremont General Corporation ("Fremont") will move this

Court, at a date and time to be determined, before the Honorable Kenneth M. Karas,

United States District Judge, Southern District of New York, at the White Plains

Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, for (1) an

order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the second

amended complaint in its entirety, and (2) granting such other and further relief as this

Court deems just and proper.

Dated:    Elmsford, New York
          May 2, 2012

                          KNUCKLES, KOMOSINSKI & ELLIOTT, LLP

                          By: _____
                              KENNETH J. FLICKINGER, ESQ. (KJ-1179)
                              Attorneys for Defendants
                              Signature Group Holdings, Inc., f/k/a
                              Fremont Reorganizing Corporation, f/k/a
                              Fremont Investment & Loan, and Fremont
                              General Corporation
                              565 Taxter Road, Suite 590
                              Elmsford, NY 10523
                              Telephone: (914) 345-3020
                              Facsimile: (914) 366-0080
                              kjf@kkelaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRICK GRIMES and YOLANDA GRIMES, on behalf
of themselves and a class of others similarly situated,

Plaintiffs, Pro Se

-against-

FREMONT GENERAL CORPORATION, FREMONT
INVESTMENT & LOAN, WCS LENDING LLC,
JONATHAN TANENBAUM, NADENE McBEAN, U.S.
BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
MASTER ASSET BACKED SECURITIES TRUST 2006-
FRE-1, "JOHN DOE" and "JANE DOE," the last two
names being fictitious said parties being individuals, if
any, having any involvement in the fraud perpetrated on
plaintiffs, and XYZ-1 Corporation and XYZ-2
Corporation, the last two names being fictitious, it being
the intentions of the plaintiffs to designate any
corporation or entity having any Involvement in the
fraud perpetrated on plaintiffs described herein,

Defendants.

Case No. 1024-CV-08
(KMK)

**NOTICE OF MOTION TO DISMISS
SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE THAT,** upon the Declaration of Kenneth J. Flickinger,

dated May 2, 2012, and the exhibits annexed thereto, and the Memorandum of Law in

support; and all of the prior papers and proceedings therein, Defendant Signature

Group Holdings, Inc., f/k/a Fremont Reorganizing Corporation, f/k/a Fremont

Investment & Loan and Fremont General Corporation ("Fremont") will move this

Court, at a date and time to be determined, before the Honorable Kenneth M. Karas,

United States District Judge, Southern District of New York, at the White Plains

Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, for (1) an

order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the second

amended complaint in its entirety, and (2) granting such other and further relief as this

Court deems just and proper.

Dated:     Elmsford, New York
           May 2, 2012

                                    KNUCKLES, KOMOSINSKI & ELLIOTT, LLP

                                    By: _____
                                        KENNETH J. FLICKINGER, ESQ. (KJ-1179)
                                        Attorneys for Defendants
                                        Signature Group Holdings, Inc., f/k/a
                                        Fremont Reorganizing Corporation, f/k/a
                                        Fremont Investment & Loan, and Fremont
                                        General Corporation
                                        565 Taxter Road, Suite 590
                                        Elmsford, NY 10523
                                        Telephone: (914) 345-3020
                                        Facsimile: (914) 366-0080
                                        kjf@kkelaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 2, 2012, a true and correct copy of the foregoing Notice of Motion to Dismiss Second Amended Complaint, Declaration in Support and Memorandum of Law with Exhibits was served on the parties listed below by overnight mail.

Darrick and Yolanda Grimes
23 Stracy Lee Dive
Newburgh, NY 12550


Matthew J. Bizzaro
L'Abbate, Balkan, Colavita & Contini
Attorneys for Defendant
WCS Lending, LLC
1050 Franklin Avenue
Garden City, NY 11530


KENNETH J. FLICKINGER, ESQ. (KJ-1179)
ATTORNEYS FOR DEFENDANTS
SIGNATURE GROUP HOLDINGS, INC.,
F/K/A FREMONT REORGANIZING
CORPORATION, F/K/A FREMONT
INVESTMENT & LOAN, AND FREMONT
GENERAL CORPORATION
565 TAXTER ROAD, SUITE 590
ELMSFORD, NY 10523
TELEPHONE: (914) 345-3020
FACSIMILE: (914) 366-0080
kjf@kkelaw.com