UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRICK GRIMES and YOLANDA GRIMES,
on behalf of themselves and a class of others
similarly situated,

                    Plaintiffs,                   08 **CIVIL** 1024 (KMK)

     -against-

                                     **JUDGMENT**

FREMONT GENERAL CORPORATION,
FREMONT INVESTMENT AND LOAN, WCS
LENDING LLC, JONATHAN TANENBAUM,
NADENE MCBEAN, AMERICA'S SERVICING
COMPANY, U.S. BANCORP and U.S. BANK,
NATIONAL ASSOCIATION, as Trustee for
Master Asset Backed Securities Trust 2006-
FRE-1, "JOHN DOE" and "JANE DOE," the last
two names being fictitious said parties being
individuals, if any, having any involvement in the
fraud perpetrated on Plaintiffs, and XYZ-1
CORPORATION and XYZ-2 CORPORATION,
the last two names being fictitious, it being the
intention of Plaintiffs to designate any
corporation or entity having any involvement
in the fraud perpetrated on Plaintiffs
described herein,

                    Defendant.
------------------------------------------------------------X

       Defendants WCS Lending LLC, Fremont General Corporation, and Fremont Investment and Loan having moved to dismiss (Docs. #152, 155), and the matter having come before the Honorable Kenneth M. Karas, United States District Judge, and the Court thereafter, on March 22, 2013, having handed down its Opinion and Order (Doc. #167) granting Defendants' Motions to dismiss and dismissing the Second Amended Complaint with prejudice, pursuant to Fed. R. Civ. P 8 and 12, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2013, Defendants' Motions to dismiss are granted and the Second Amended Complaint is dismissed in its entirety with prejudice; accordingly, the case is closed.

**Dated:** White Plains, New York
March 25, 2013

_____
RUBY J. KRAJICK
Clerk of Court